UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBRA WILSON,

       Plaintiff,

v.                                       CASE NO.: 1:15-cv-23672-DPG

CARNIVAL CORPORATION,
STEINER TRANSOCEAN LTD.,
STEINER MANAGEMENT SERVICES, LLC.,
STEINER LEISURE LTD., and
STEINER TRANSOCEAN US, INC.,

       Defendants.
_____/

**DEFENDANTS, STEINER TRANSOCEAN LIMITED, STEINER MANAGEMENT SERVICES, LLC, STEINER LEISURE LIMITED, AND STEINER TRANSOCEAN US, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

      Defendants, STEINER TRANSOCEAN LIMITED, STEINER MANAGEMENT SERVICES, LLC[1], STEINER LEISURE LIMITED[2], AND STEINER TRANSOCEAN US, INC.[3] (hereinafter, the "Steiner Defendants"), by and through undersigned counsel and pursuant Rule 7.1 of the Federal Rules of Civil Procedure, hereby submit the Certificate of Interested Parties and Corporate Disclosure Statements as follows:

---

[1] Defendant STEINER MANAGEMENT SERVICES, LLC maintains that they are an improper party to the subject suit and files this disclosure statement without submitting to the jurisdiction of this Court.

[2] Defendant STEINER LEISURE LIMITED maintains that they are an improper party to the subject suit and files this disclosure statement without submitting to the jurisdiction of this Court.

[3] Defendant STEINER TRANSOCEAN US, INC. maintains that they are an improper party to the subject suit and files this disclosure statement without submitting to the jurisdiction of this Court.

CASE NO.:  1:15-cv-23672-DPG

## **CERTIFICATE OF INTERESTED PARTIES**

The name of any person, associated person, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporation and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

Debra Wilson
*Plaintiff*

Steiner Transocean Limited (corporate disclosure below)
*Defendant*

Steiner Management Services, LLC (corporate disclosure below)
*Defendant*

Steiner Leisure Limited (corporate disclosure below)
*Defendant*

Steiner Transocean US, Inc. (corporate disclosure below)
*Defendant*

Carnival Corporation
*Defendant*

Richard Rusak, Esq.
Brais Brais, Rusak & Cerda-Collazo
*Counsel for Plaintiff*

Barry L. Davis, Esq.
Aaron P. Davis, Esq.
Thornton, Davis & Fein, P.A.
*Counsel for Steiner Defendants*

*Counsel for Carnival Corporation*

CASE NO.:  1:15-cv-23672-DPG

**CORPORATE DISCLOSURE STATEMENT**

*Steiner Transocean Limited*

Steiner Transocean Limited is a non-governmental corporate party to the above styled action.

Steiner Leisure Limited is the parent company of Steiner Transocean Limited.

Steiner Leisure Limited owns more than 10% of the stock in Steiner Transocean Limited.

No other publicly held corporation owns 10% or more of Steiner Transocean Limited stock.

*Steiner Management Services, LLC*

Steiner Management Services, LLC is a non-governmental corporate party to the above styled action.

Steiner US Holdings is the parent company of Steiner Management Services LLC.

Steiner Leisure Limited, a publicly held corporation, owns more than 10% of the stock in Steiner US Holdings. No other publicly held corporation owns 10% or more of Steiner US Holdings stock.

*Steiner Leisure Limited*

Steiner Leisure Limited is a non-governmental corporate party to the above styled action.

No other publicly held corporation owns 10% or more of Steiner Transocean Limited.

CASE NO.: 1:15-cv-23672-DPG

*Steiner Transocean US, Inc.*

Steiner Transocean US, Inc. is a non-governmental corporate party to the above-styled action.

Steiner Leisure Limited owns more than 10% of the stock in Steiner Transocean US, Inc..

No other publicly held corporation owns 10% or more of Steiner Transocean US, Inc. stock.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of October, 2015. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic filings.

Respectfully submitted,

s/Barry L. Davis
Barry L. Davis (Florida Bar No. 294977)
E-mail: davis@tdflaw.com
Aaron P. Davis (Florida Bar No. 0058463 )
E-mail: adavis@tdflaw.com
THORNTON DAVIS FEIN
1221 Brickell Avenue
16th Floor
Miami, Florida 33131
Telephone: (305) 446-2646
*Attorneys for Steiner Defendants*

4

CASE NO.:  1:15-cv-23672-DPG

## SERVICE LIST

Richard D. Rusak, Esq.
Brais Brais Rusak & Cerda-Collazo
Dadeland Towers
9300 S. Dadeland Blvd.
Suite 101
Miami, FL 33156
Tel.  (305) 416-2901
Fax: (305) 416-2901
E-Mail:  rrusak@braislaw.com
*Attorneys for Plaintiff*